UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-14027-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

TONEY JOHNSON,

　　　　Defendant.
_____/



FILED by ___ D.C.

DEC 21 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## REPORT AND RECOMMENDATION ON PETITION
## ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a Detention Hearing in respect to the above referenced matter and at the outset of the hearing, counsel for the government and the Defendant announced that they had an agreement in respect to the issue of pretrial detention and the pending violations of supervised release. Based upon the agreement of the parties, this Court recommends to the District Court as follows:

1. The government agreed to dismiss Violation Number 1 set forth in the Petition in exchange for the Defendant admitting Violation Numbers 2 and 3. Violation Numbers 2 and 3 are as follows:

| **Violation Number 2** | **Violation of Standard Condition**, by failing to report to the U. S. Probation Officer as directed. On October 3, 2007, in a letter, the defendant was instructed to report to the U. S. Probation Officer on November 5, 2007, and he failed to comply with this instruction. |
|---|---|
| **Violation Number 3** | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five days of each month. The defendant has failed to submit a written monthly report for September and October, 2007. |

2.  This Court confirmed on the record that the Defendant understood his rights to an evidentiary hearing. Further, the Defendant understands and acknowledges the charges against him. The Defendant stated that he admitted the facts set forth in Violation Numbers 2 and 3 set forth in the Petition. The Defendant also acknowledged that all that will remain will be for the District Court to set a sentencing hearing for final disposition in this matter.

3.  The government and the Defendant also agreed to a personal surety bond with the Defendant reporting to his U. S. Probation Officer at least once per week and at that time presenting a urine specimen. This Court entered a Bond Order accordingly. This Court added an additional condition of full time employment together with all present conditions of supervised release being conditions of bond.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Numbers 2 and 3 set forth above based upon his admissions in respect to each of those violations and that the District Court set a sentencing hearing at its earliest convenience for final disposition in this matter.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND ORDERED** this _____ day of December, 2007, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Jennifer Millien
AFPD Dave Lee Brannon
U. S. Probation