UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-14027-CR-MOORE

**UNITED STATES OF AMERICA,**

      Plaintiff(s),

vs.

**TONEY JOHNSON,**

      Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Frank J. Lynch's Report and Recommendation [150] on Petition Alleging Violations of Supervised Release, issued December 21, 2007. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Lynch's Report and Recommendation is hereby **ADOPTED**. A final revocation of supervised release hearing has been scheduled for March 3, 2008 at 2:00 p.m. previously.

DONE AND ORDERED in Chambers at Miami, Florida this __8th__ day of January, 2008.

                                            K. MICHAEL MOORE
                                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record